# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143926

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RICKY BERNARD GORDON,
        Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143926
COA: 305266
Wayne CC: 92-004627

On order of the Court, the application for leave to appeal the October 6, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

y0319